AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| DAMON S. LLOYD, | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. 2:25-cv-118 |
| CORBY FREE, et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court OVERRULES Lloyd's Objections (Doc. 7) and, finding no clear error as to the unobjected portions and no error as to the objected First Amendment claim, ADOPTS the R&R (Doc. 5) in its entirety. Accordingly, the Court DISMISSES Lloyd's Amended Complaint (Doc. 4) WITHOUT PREJUDICE. The Court CERTIFIES, under 28 U.S.C. § 1915(a)(3), that an appeal of this Opinion and Order would not be made in good faith, and DENIES Lloyd leave to appeal in forma pauperis.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole

Date:   11/3/25

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk